# United States District Court for the Northern District of Illinois

Case Number: 08cv991      Assigned/Issued By: j. n.

Judge Name: gettleman      Designated Magistrate Judge: keys

## FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
                [ ] IFP       [ ] No Fee   [ ] Other _____
                [ ] $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350      Receipt #: 2545841

Date Payment Rec'd: 2-18-08      Fiscal Clerk: j. n.

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

__1__ Original and __0__ copies on __2-19-08__ as to __defendant__
                                     (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05