IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | Case No.: 08 C 991 |
| v. | ) ) | Judge Gettleman |
| E B EXCAVATION AND DEVELOPMENT, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:  E B Excavation and Development, Inc.
     c/o Vito P. Loverde, Registered Agent
     729 Saddlewood Dr.
     Wauconda, IL  60084

PLEASE TAKE NOTICE that at 9:15 a.m. on Tuesday, August 26, 2008, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Robert W. Gettleman, Room 1703, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiffs' Motion for Order of Default Judgment in Sum Certain and to Compel an Audit, a copy of which is herewith served upon you.

August 20, 2008                                         Laborers Pension Fund, et al.

                                                        By: /s/ Patrick T. Wallace

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 20th day of August 2008 he served this notice to the above addressee(s) via UPS Overnight and US Mail.

                                                        /s/ Patrick T. Wallace