# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 991 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Laborers Pension Fund    vs    E B Excavation and Development | | |

**DOCKET ENTRY TEXT:**

Status hearing held and continued to 10/23/2008, at 9:00 a.m.
Plaintiff's motion [13] to compel an audit is granted.

[For further detail see separate order]
[Docketing to mail notice]

00:05

| | Courtroom Deputy | GDS |
|---|---|---|

FILED-EP
2008 AUG 28 PM 2:55
CLERK
U.S. DISTRICT COURT

Page 1 of 1